FILED

APR - 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SYLVIA MORROW**<br>1112 Lake St.<br>**Natchitoches, LA**<br><br>          **Plaintiff,**<br>v.<br><br>**WASHINGTON METROPOLITAN AREA**<br>**TRANSIT AUTHORITY ("WMATA")**<br>600 5th St., N.W.<br>**Washington, D.C.   20001**<br><br>          **Defendant.** | CASE NUMBER   1:06CV00636<br><br>JUDGE: Colleen Kollar-Kotelly<br><br>DECK TYPE: Personal Injury/Malpractice<br><br>DATE STAMP: 04/06/2006 |

JURY ACTION

## NOTICE OF REMOVAL

Comes now the Defendant, WMATA, by and through counsel, and pursuant to 28 U.S.C. §1446, and provides notice of removal of a civil action from the Superior Court of the District of Columbia. In support of the removal, the Defendant states as follows:

1. On or about March 16, 2006, Plaintiff filed this action in the Superior Court of the District of Columbia, titled therein as Sylvia Morrow v. Washington Metropolitan Area Transit Authority, 2006 CA 002029B.

2. Defendant Washington Metropolitan Area Transit Authority (WMATA) was formally served with process in this action on March 16, 2006.

3. The Summons, Complaint and Initial Order of the Superior Court accompany this Notice of Removal. These documents constitute the only process, pleadings or orders received by the Defendant in the action.

4. This is a civil action over which this Court has original jurisdiction,

pursuant to D.C. Code Ann., § 9-1107.01(81) (2001). The court also has jurisdiction pursuant to 28 U.S.C. § 1332 (a), as the Plaintiff is a resident of Louisiana.

Wherefore, the Defendant, WMATA, requests that the entire action now pending in the Superior Court of the District of Columbia be removed to this Court.

Respectfully Submitted,

_____
Jeffrey C. Seaman, 466509
Assistant General Counsel
WMATA
600 5th St., N.W.
Washington, D.C. 20001
(202) 962-1856

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Notice of Removal was served via regular U.S. Mail this 6th day of April, 2006, to:

Christopher H. Mitchell
1100 Connecticut Ave., N.W.
Suite 1100
Washington, D.C. 200036

_____
Jeffrey C. Seaman



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

SYLVIA MORROW  
Vs.  
WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY

03-21-06A09:27 RCVD

C.A. No.    2006 CA 002029 B

### INITIAL ORDER

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order, and any General Order issued **by the judge** to whom the case is assigned. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(o).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Civil Assignment Office (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

Chief Judge Rufus G. King, III

Case Assigned to: Judge MARY A. TERRELL  
Date:  March 14, 2006  
Initial Conference: 9:15 am, Friday, June 16, 2006  
Location:  Courtroom 219  
           500 Indiana Avenue N.W.  
           WASHINGTON, DC 20001

06 0636

**FILED**

APR - 6 2006

NANCY MAYER WHITTINGTON, CLERK  
U.S. DISTRICT COURT

Caio.doc

CA Form 1

# Superior Court of the District of Columbia
## CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001   Telephone: 879-1133

| Sylvia Morrow | |
|---|---|
| *Plaintiff* | Civil Action No. 06-0002029 |
| vs. | |
| Washington Metropolitan Area Transit Authority | |
| *Defendant* | |

## SUMMONS

To the above named Defendant:   Washington Metropolitan Area Transit Authority
Serve: Carol O'Keeffe, General Counsel, 600 Fifth Street, N.W., Washington, D.C. 20001

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government you have 60 days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear **below.** If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue. N.W. between 9:00 am. and 4:00 pm., Mondays through Fridays or between 9:00 am. and 12:00 Noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

| Christopher H. Mitchell, Esq. |
|---|
| Name of Plaintiff's Attorney |
| 1100 Connecticut Ave., NW, Suite 1100 |
| Address |
| Washington, D.C. 20036 |
| (202) 737-7777 |
| Telephone |

By _____
Deputy Clerk

Date  3-13-06

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

Form CV(6)-454/Mar. 98     NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

IMPORTANT: IF YOU FAIL TO SERVE AND FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, DO NOT *FAIL TO ANSWER WITHIN THE REQUIRED TIME*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (628-1161) or the Neighborhood Legal Services (682-2700) for help or come to Room JM 170 at 500 Indiana Avenue, N.W., for more information concerning where you may ask for such help.

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

SYLVIA MORROW
1112 Lake Street
Natchitoches, Louisiana 71457

    Plaintiff

v.

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY
600 Fifth Street, NW
Washington, DC 20001

    SERVE: Carol O'Keeffe
              General Counsel
              600 Fifth Street, NW
              Washington, DC 20001

    Defendant

06-0002029
Civil Action No.: _____

## COMPLAINT
(Negligence)

1.    Plaintiff Sylvia Morrow sues defendant Washington Metropolitan Area Transit Authority (hereinafter "WMATA") for injuries and damages caused by defendant's negligence. The jurisdiction of this Court is based on District of Columbia Code §11-921 (1981) and WMATA Compact, Pub. L. No. 89-774, 80 Stat. 1324 (1966). The amount in controversy exceeds $5,000, exclusive of interest and costs.

2.    On Thursday, June 12, 2003, at approximately 8:00 p.m., plaintiff was a passenger on defendant's Metrorail subway and had exited a train and was ascending an escalator at the Dupont Circle Station, from the mezzanine level to the 19th Street exit,

1

when, without any warning, the escalator suddenly jerked to a stop, causing plaintiff to lose her balance, fall, and sustain serious personal injuries.

3. At the time of the occurrence, the defective escalator was owned and operated by defendant for Metrorail passengers such as plaintiff at the Dupont Circle Station.

4. The sudden stoppage of the escalator, and plaintiff's resulting fall, were caused by defendant's negligence, which included, but was not limited to, failing to properly maintain and operate an escalator for the safety of passengers in the Metrorail system, in violation of applicable District of Columbia elevator regulations as well as WMATA's rules and regulations.

5. As a direct and proximate result of defendant's negligence, plaintiff suffered severe and permanent injuries including but not limited to lumbar strain, adhesive capsulitis of the right shoulder, and torn ligaments in the right ankle. Due to her injuries, plaintiff has required extensive medical treatment, has incurred and will incur in the future medical and related expenses, has undergone and will undergo in the future physical and mental pain and suffering, and has been and will continue to be prevented from engaging in her usual and customary activities.

WHEREFORE, plaintiff Sylvia Morrow demands judgment against defendant WMATA in the sum of $300,000 plus the costs of this action.

Christopher H. Mitchell - #416826
STEIN, MITCHELL & MEZINES
1100 Connecticut Avenue, NW
Washington, DC 20036
(202) 737-7777
(202) 296-8312 (fax)

2

## JURY DEMAND

Plaintiff demands a trial by jury of all issues.

*[signature]*
Christopher H. Mitchell