UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SYLVIA MORROW<br>1112 Lake St.<br>Natchitoches, Louisiana   71457<br><br>              Plaintiff,<br>v.<br><br>WASHINGTON METROPOLITAN AREA<br>TRANSIT AUTHORITY ("WMATA")<br>600 5th St., N.W.<br>Washington, D.C.   20001<br><br>              Defendant. | 06-0636 (CKK) |

ANSWER
OF WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY

Comes now the Defendant, Washington Metropolitan Area Transit Authority (hereinafter "WMATA"), by and through counsel, and for its Answer to the Complaint, states as follows:

FIRST DEFENSE

The Complaint fails to state a cause of action upon which relief may be granted.

SECOND DEFENSE

1. The Defendant admits that this Court has jurisdiction over the matter pursuant to D.C. Code Ann., § 9-1107.01(81) (2001).  The remaining allegations of paragraph 1 of the Complaint are denied.

2. The Defendant lacks knowledge or information sufficient to permit it to admit or deny the allegations of paragraph 2 of the Complaint; the

allegations of paragraph 2 of the Complaint are therefore denied.

3. The Defendant admits that it was the owner of the escalators located at the Dupont Circle Metro rail station. However, the Plaintiff has failed to adequately identify which of several escalators she was riding at the time of the alleged incident. The Defendant therefore does not have knowledge or information sufficient to either admit or deny the allegations of paragraph 3 of the Complaint. Accordingly, the allegations of paragraph 3 of the Complaint are denied.

4. The allegations of paragraph 4 are denied.

5. The allegations of paragraph 5 are denied.

### THIRD DEFENSE

The Plaintiff has failed to joint a necessary and proper party Defendant.

### FOURTH DEFENSE

Some or all of the Plaintiff's claims may be barred by Defendant's governmental immunity under the WMATA Compact, D.C. Code Ann. §9-1107.01 (80) (2001).

### FIFTH DEFENSE

The Defendant reserves the right to defend on the basis of the Plaintiff's own contributory negligence or assumption of the risk, should the evidence so indicate.

The Defendant intends to right to rely upon any and all defenses available from the evidence presented at the trial of this action, including but not limited to failure to mitigate damages, and reserves the right to assert such

defenses at that time.

Further answering the Complaint, Defendant denies all allegations of improper conduct, and further denies all allegations not specifically admitted or otherwise answered.

Respectfully Submitted,

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY

Carol O'Keeffe, #445277
General Counsel

_____
Mark F. Sullivan, #430876
Deputy General Counsel


_____
Jeffrey C. Seaman, #466509
Assistant General Counsel
WMATA
600 5th St., N.W.
Washington, D.C. 20001
(202) 962-1856