IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SYLVIA MORROW : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | Civil Action No. 03-1261 (CKK) |
| : | |
| WASHINGTON METROPOLITAN AREA : | |
| TRANSIT AUTHORITY : | |
| : | |
| Defendant : | |

STATEMENT OF THE CASE

The Plaintiff, a resident of Louisiana, claims that on June 12, 2003, she suffered injuries when an escalator she was riding in the District of Columbia stopped suddenly. The escalator was owned by Defendant Washington Metropolitan Area Transit Authority (WMATA). The Plaintiff claims that her injuries were caused by the negligent maintenance and operation of the escalator. The parties are investigating whether the escalator was at that time maintained by WMATA or by a contractor.

The Plaintiff brought this action in the Superior Court of the District of Columbia pursuant to D.C. Code Ann. §11-921 (2001). The Defendant removed the action to this Court pursuant to 28 U.S.C. §1332(a) and D.C. Code Ann. § 9-1107.01(81) (2001), which gives this Court original jurisdiction over actions against WMATA.

The Defendant may defend on the basis of its sovereign immunity, as articulated in D.C. Code Ann. § 9-1107.01(80) (2001).

Respectfully Submitted,

_____
Christopher H. Mitchell - #416826
STEIN, MITCHELL & MEZINES
1100 Connecticut Avenue, NW
Suite 1100
Washington, DC  20036
(202) 737-7777
(202) 296-8312 (fax)


_____
Jeffrey C. Seaman - #466509
Assistant General Counsel
WMATA
600 5th Street, N.W.
Washington, D.C. 20001
(202) 962-1856
(202) 962-2550 (fax)