IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SYLVIA MORROW : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | Civil Action No. 06-636  (CKK) |
| : | |
| WASHINGTON METROPOLITAN AREA : | |
|  TRANSIT AUTHORITY : | |
| : | |
| Defendant : | |

## SCHEDULING ORDER

Having considered the report of the parties filed with the Court pursuant to LCvR 16.3, it is hereby

ORDERED that

1. initial disclosures pursuant to Rule 26(a)(1) be made on or before June 13, 2006; if plaintiff files an Amended Complaint to join another defendant, then within 15 days after the filing of an Answer by that joined defendant;

2. discovery be completed within 120 days of the date of entry of this Order;

3. expert witness reports and information pursuant to Rule 26(a) (2) be provided by plaintiff at least 60 days before the completion of discovery and by defendant(s) at least 30 days before the completion of discovery, and the depositions of experts occur within the period for completion of discovery;

4. dispositive motions be filed no later than 15 days after completion of discovery, oppositions to motions be filed within 11 days after service, replies to oppositions be filed within five days after service, and motions be decided if practicable within 30 days after filing;

5. the case be scheduled for mediation after completion of discovery;

6. the pretrial conference will be held on _____ and

7. a trial date will be set at the pretrial conference.


SO ORDERED


_____          _____
Judge Colleen Kollar-Kotelly              Date