IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SYLVIA MORROW                          :
                                       :
         Plaintiff                     :
                                       :
v.                                     :        Civil Action No. 06-636 (CKK)
                                       :
WASHINGTON METROPOLITAN AREA           :
  TRANSIT AUTHORITY                    :
                                       :
         Defendant                     :

STATEMENT OF THE CASE

The Plaintiff, a resident of Louisiana, claims that on June 12, 2003, she suffered

injuries when an escalator she was riding in the District of Columbia stopped suddenly.

The escalator was owned by Defendant Washington Metropolitan Area Transit Authority

(WMATA).  The Plaintiff claims that her injuries were caused by the negligent

maintenance and operation of the escalator.  The parties are investigating whether the

escalator was at that time maintained by WMATA or by a contractor.

The Plaintiff  brought this action in the Superior Court of the District of Columbia

pursuant to D.C. Code Ann. §11-921 (2001).  The Defendant removed the action to this

Court pursuant to 28 U.S.C. §1332(a) and D.C. Code Ann. § 9-1107.01(81) (2001),

which gives this Court original jurisdiction over actions against WMATA.

The Defendant may defend on the basis of its sovereign immunity, as articulated

in D.C. Code Ann. § 9-1107.01(80) (2001).

Respectfully Submitted,

_____
Christopher H. Mitchell - #416826
STEIN, MITCHELL & MEZINES
1100 Connecticut Avenue, NW
Suite 1100
Washington, DC  20036
(202) 737-7777
(202) 296-8312 (fax)

_____
Jeffrey C. Seaman - #466509
Assistant General Counsel
WMATA
600 5th Street, N.W.
Washington, D.C. 20001
(202) 962-1856
(202) 962-2550 (fax)