IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SYLVIA MORROW** | : |
| | : |
|     **Plaintiff** | : |
| | : |
| v. | :   Civil Action No. 06-636 (CKK) |
| | : |
| **WASHINGTON METROPOLITAN AREA** | : |
|   **TRANSIT AUTHORITY** | : |
| | : |
|     **Defendant** | : |
| _____ | : |

**PLAINTIFF'S CONSENT MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, plaintiff Sylvia Morrow moves this Court, with consent, for leave to file an Amended Complaint in order to join KONE, Inc. as a party-defendant. A copy of the proposed Amended Complaint is attached hereto as Exhibit A.

This motion is supported by the attached Memorandum of Points and Authorities.

Respectfully submitted,

/s/ Christopher H. Mitchell
Christopher H. Mitchell - #416826
STEIN, MITCHELL & MEZINES
1100 Connecticut Avenue, NW
Suite 1100
Washington, DC  20036
(202) 737-7777
Counsel for plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on this __ day of May, 2006, a copy of the foregoing, with all indicated attachments, was sent by first-class mail, postage prepaid, to counsel for defendant WMATA:

>Jeffrey C. Seaman, Esq.
>Assistant General Counsel
>WMATA
>600 5th Street, NW
>Washington, DC 20001

>/s/ Christopher H. Mitchell
>Christopher H. Mitchell