IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SYLVIA MORROW : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | Civil Action No. 06-636 (CKK) |
| : | |
| WASHINGTON METROPOLITAN AREA : | |
| TRANSIT AUTHORITY : | |
| : | |
| Defendant : | |
| _____ : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
PLAINTIFF'S CONSENT MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

1. This is a negligence action arising out of personal injuries sustained by plaintiff Sylvia Morrow when she was caused to fall on June 12, 2003 by the sudden stoppage of the escalator she was riding to exit the Dupont Circle Metro Station.

2. On March 13, 2006, plaintiff filed the original Complaint against defendant WMATA in the Superior Court of the District of Columbia. Defendant WMATA removed the case to this Court, which held an Initial Scheduling Conference on May 23, 2006 and assigned June 9, 2006 as the deadline for amendments to the pleadings.

3. In response to plaintiff's discovery requests, WMATA has indicated that KONE, Inc. was responsible for the maintenance of the escalator in question.

4. Fed R. Civ. Proc. 15 states that "leave [to amend] shall be freely given when justice so requires." Given the information from WMATA that KONE, Inc. handled the maintenance of the escalator which caused plaintiff's injuries, justice requires that plaintiff be permitted to add KONE, Inc. as a party-defendant in this case.

5. Counsel for defendant WMATA consents to the relief sought in this motion.

WHEREFORE, plaintiff respectfully requests that this Court enter an Order granting leave to file the Amended Complaint attached hereto as Exhibit A.

Respectfully submitted,

<u>/s/ Christopher H. Mitchell</u>
Christopher H. Mitchell - #416826
STEIN, MITCHELL & MEZINES
1100 Connecticut Avenue, NW
Suite 1100
Washington, DC  20036
(202) 737-7777