<u>Exhibit A</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **SYLVIA MORROW** <br> 1112 Lake Street <br> Natchitoches, Louisiana 71457 <br> <br>     **Plaintiff** <br> <br> v. <br> <br> **WASHINGTON METROPOLITAN AREA** <br>  **TRANSIT AUTHORITY** <br> 600 Fifth Street, NW <br> Washington, DC 20001 <br>     SERVE: Carol O'Keeffe <br>                 General Counsel <br>                 600 Fifth Street, NW <br>                 Washington, DC 20001 <br> <br>     and <br> <br> **KONE, Inc.** <br> One KONE Court <br> Moline, Illinois 61265 <br>     SERVE: CT Corporation System, <br>                  Registered Agent <br>                 1015 15th Street, NW <br>                 Suite 1000 <br>                 Washington, DC 20005 <br> <br>     **Defendants** <br> _____ | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | <br> <br> <br> <br> <br> <br> <br> <br> Civil Action No.: 06-636 (CKK) |

**<u>AMENDED COMPLAINT</u>**
**(Negligence)**

     1.     Plaintiff Sylvia Morrow sues defendants Washington Metropolitan Area Transit Authority (hereinafter "WMATA") and KONE, Inc. (hereinafter "KONE") for injuries and damages caused by defendants' negligence. Defendant KONE is incorporated in Delaware

with its principal place of business in Illinois, and is registered to do business in the District of Columbia.  The jurisdiction of this Court is based on 28 U.S.C. §1332(a) and D.C. Code Ann. §9-1107.01(81)(2001).  The amount in controversy exceeds $75,000, exclusive of interest and costs.

2. On Thursday, June 12, 2003, at approximately 8:00 p.m., plaintiff was a passenger on defendant's Metrorail subway system and was exiting the Dupont Circle Station by ascending the right-side escalator from the mezzanine level to the 19th Street exit, when, without any warning, the escalator suddenly jerked to a stop, causing plaintiff to lose her balance, fall, and sustain serious personal injuries.

3. At the time of the occurrence, the defective escalator was owned and operated by defendant WMATA, and maintained by defendant KONE, for Metrorail passengers such as plaintiff at the Dupont Circle Station.

4. The sudden stoppage of the escalator, and plaintiff's resulting fall, were caused by defendants' negligence, which included, but was not limited to, failing to properly maintain and operate an escalator for the safety of passengers in the Metrorail system, in violation of applicable District of Columbia elevator regulations as well as WMATA's rules and regulations.

5. As a direct and proximate result of defendants' negligence, plaintiff suffered severe and permanent injuries including but not limited to lumbar strain, adhesive capsulitis of the right shoulder, and torn ligaments in the right ankle.  Due to her injuries, plaintiff has required extensive medical treatment, has incurred and will incur in the future medical and related expenses, has undergone and will undergo in the future physical and mental pain and suffering, and has been and will continue to be prevented from engaging in her usual and customary activities.

WHEREFORE, plaintiff Sylvia Morrow demands judgment against defendants WMATA and KONE, jointly and severally, in the sum of $300,000 plus the costs of this action.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Christopher H. Mitchell - #416826
　　　　　　　　　　　　　　　　　　STEIN, MITCHELL & MEZINES
　　　　　　　　　　　　　　　　　　1100 Connecticut Avenue, NW
　　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　　(202) 737-7777
　　　　　　　　　　　　　　　　　　(202) 296-8312 (fax)

## JURY DEMAND

Plaintiff demands a trial by jury of all issues.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Christopher H. Mitchell