IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **SYLVIA MORROW** | : | |
| | : | |
|     **Plaintiff** | : | |
| | : | |
| v. | : | Civil Action No. 06-636 (CKK) |
| | : | |
| **WASHINGTON METROPOLITAN AREA** | : | |
|   **TRANSIT AUTHORITY** | : | |
| | : | |
|     **Defendant** | : | |
| _____ | : | |

## ORDER

Upon consideration of Plaintiff's Consent Motion For Leave To File Amended Complaint, it by the Court this ___ day of _____, 2006,

ORDERED that the Motion is granted; and

FURTHER ORDERED that the Amended Complaint attached to the Motion as Exhibit A is deemed filed as of the date of entry of this Order.

                                                              _____
                                                               Judge Colleen Kollar-Kotelly

Copies to:

Christopher H. Mitchell, Esq.
Stein, Mitchell & Mezines
1100 Connecticut Avenue, NW
Suite 1100
Washington, DC 20036

Jeffrey C. Seaman, Esq.
Assistant General Counsel
WMATA
600 5th Street, NW
Washington, DC 20001