UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SYLVIA MORROW<br>1112 Lake St.<br>Natchitoches, Louisiana   71457<br><br>         Plaintiff,<br>v.<br><br>WASHINGTON METROPOLITAN<br>AREATRANSIT AUTHORITY<br>("WMATA")<br>600 5th St., N.W.<br>Washington, D.C.    20001<br><br>and<br><br>KONE, INC.<br>One Kone Court<br>Moline, IL 61256<br><br>Serve:  CT Corporation System<br>              1015 15th St., N.W.<br>              Suite 1000<br>              Washington, D.C.   20005<br><br>         Defendants. | 06-0636 (CKK) |

CONSENT MOTION FOR LEAVE TO FILE
A CROSS-CLAIM AGAINST KONE, INC.

Comes now the Defendant, Washington Metropolitan Area Transit Authority, by and through counsel, and with the consent of the Plaintiff, moves the Court for leave to file the attached Cross-Claim against Defedant Kone, Inc.

Please see the attached Memorandum in Support of the Motion.

        Respectfully Submitted,

        _____/s/_____
Jeffrey C. Seaman, 466509
Assistant General Counsel
WMATA
600 5th St., N.W.
Washington, D.C. 20001
(202) 962-1856

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SYLVIA MORROW**<br>1112 Lake St.<br>Natchitoches, Louisiana   71457<br><br>       **Plaintiff,**<br>v.<br><br><br>**WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY<br>("WMATA")**<br>600 5th St., N.W.<br>Washington, D.C.   20001<br><br>and<br><br>**KONE, INC.**<br>One Kone Court<br>Moline, IL 61256<br><br>Serve:  CT Corporation System<br>           1015 15th St., N.W.<br>           Suite 1000<br>           Washington, D.C.   20005<br><br>       **Defendants.** | **06-0636 (CKK)** |

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE
TO FILE A CROSS-CLAIM AGAINST KONE, INC.**

This case arises from the Plaintiff's allegation that on June 12, 2003, she fell when an escalator that she was riding at Dupont Circle Metro station stopped suddenly.  She claims that the escalator was negligently maintained.  The subject escalator is owned by Washington Metropolitan Area Transit Authority ("WMATA").  Until recently, it was unclear between the parties precisely which

elevator allegedly caused the Plaintiff's injury.  Once the Plaintiff was able to photographically identify the escalator upon which she fell, WMATA was able to determine that the contractor who was responsible for maintenance of the escalator on and before June 12, 2003 was Kone, Inc.  This identification of the escalator by the Plaintiff occurred the day following the scheduling conference with the Court on May 23, 2006.

In addition to the fact that Kone, Inc., was responsible for maintenance of the escalator at the time of the incident, it is party to a contract with WMATA, under which it is responsible for indemnification of WMATA against the Plaintiff's claim.  Accordingly, full relief will be more properly accorded and judicial resources would be more efficiently used if WMATA is permitted to file the accompanying cross-claim against Kone, Inc.

Respectfully Submitted,

_____/s/_____
Jeffrey C. Seaman, 466509
Assistant General Counsel
WMATA
600 5th St., N.W.
Washington, D.C.  20001
(202) 962-1856