UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SYLVIA MORROW<br>1112 Lake St.<br>Natchitoches, Louisiana   71457<br><br>          Plaintiff,<br>v.<br><br><br>WASHINGTON METROPOLITAN<br>AREATRANSIT AUTHORITY<br>("WMATA")<br>600 5th St., N.W.<br>Washington, D.C.   20001<br><br>          Defendant /<br>          Cross-Plaintiff<br><br>and<br><br>KONE, INC.<br>One Kone Court<br>Moline, IL 61256<br><br>Serve:  CT Corporation System<br>            1015 15th St., N.W.<br>             Suite 1000<br>             Washington, D.C.   20005<br><br>          Defendant /<br>          Cross-Defendant. | 06-0636 (CKK) |

CROSS-CLAIM OF
WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY

1. The Cross-Defendant, Kone, Inc., is an Illinois corporation, with a principal place of business in Maryland. The Court has jurisdiction over this matter pursuant to D.C. Code Ann., § 9-1107.01(81) (2001), and

pursuant to 28 U.S.C. §1332(a).

2. On March 13, 2006, the Plaintiff herein, Sylvia Morrow, filed in the Superior Court of the District of Columbia a lawsuit against Washington Metropolitan Area Transit Authority ("WMATA"). A copy of that suit is attached hereto as **A**.

3. In the lawsuit, the Plaintiff alleges that she was injured on June 12, 2003, as a result of negligent maintenance of an escalator at the Dupont Circle Metro station.

4. Said escalator had been maintained since October 2001 by Cross-Defendant Kone, Inc., pursuant to contract with WMATA.

5. Said contract was executed by the parties on or about October 26, 2001. A copy of the contract (hereinafter "the Contract") is attached hereto as **B**.

6. The Contract provides, *inter alia*, at Part II, Section 2, ¶15(a) as follows:

> The Contractor (Kone, Inc.), will save and keep harmless and indemnify WMATA against any and all liability claims, and the cost of whatsoever kind and nature arising or alleged to have arisen for injury, including personal injury to . . . person or persons, and for loss and damage occurring in connection with this Contract, and for any acts in connection with activities to be performed under this Contract resulting in whole or in part from the acts, errors or omissions of the Contractor, . . .

**COUNT I**
Contractual Indemnity

7. The foregoing allegations are realleged here by reference as if set forth

verbatim.

8. Pursuant to the terms of the Contract, the Cross-Defendant, Kone, Inc., owes WMATA full indemnity against the claims of the Plaintiff herein.

## COUNT II
Common Law Indemnity and Contribution

9. The foregoing allegations are realleged here by reference as if set forth verbatim.

10. Defendant WMATA alleges that, if Plaintiff sustained the injuries and damages as alleged in the Complaint, they were not caused by any negligent act, error or omission of WMATA, but by the negligent acts, errors, or omissions of the Cross-Defendant; that the Cross-Defendant's acts caused, helped, or contributed to bring about the incident and injuries alleged in Plaintiff's Complaint; and that, but for said acts, errors, or omissions the alleged incident and injuries, if any, would not have occurred and have been sustained; and that, if WMATA is adjudged liable to the Plaintiff for any such damages, the Defendant / Cross-Plaintiff WMATA is entitled to contribution and/ or indemnity from Cross-Defendant for all sums adjudged against it.
WHEREFORE, Defendant WMATA demands judgment against Cross-Defendant Kone, Inc., for 1) any and all sums adjudged against it in favor of Plaintiff; 2) for its costs and expenses in defending Plaintiff's action; or 3) if Plaintiff should recover against it, for contribution as to

any such sums in an amount not less than one-half of such judgment as the Plaintiff may take against it; 4) for a sum sufficient to compensate it for the aforesaid damage to its property, and 5) for any such further relief as the court may deem just and necessary.

        Respectfully submitted,

        WASHINGTON METROPOLITAN
        AREATRANSIT AUTHORITY

        Carol O'Keeffe
        General Counsel

        _____/s/_____
        Mark F. Sullivan
        Deputy General Counsel - WMATA

        _____/s/_____
        Jeffrey C. Seaman, 466509
        Assistant General Counsel- WMATA
        600 Fifth Street, N.W.
        Washington, D.C.  20001
        (202) 962-1856