UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SYLVIA MORROW
1112 Lake St.
Natchitoches, Louisiana   71457

     Plaintiff,

v.

WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY
("WMATA")
600 5th St., N.W.
Washington, D.C.   20001

and

KONE, INC.
One Kone Court
Moline, IL 61256

Serve:  CT Corporation System
       1015 15th St., N.W.
       Suite 1000
       Washington, D.C.   20005

     Defendants.

06-0636 (CKK)

NOTICE OF FILING AMENDED EXHIBIT
TO CONSENT MOTION FOR LEAVE TO FILE CROSS-CLAIM

Comes now the Defendant, WMATA, and submits the accompanying amended Cross-Claim against Kone, Inc., to be attached to its Motion for Leave to File a Cross-Claim.

                Respectfully Submitted,

                _____/s/_____
                Jeffrey C. Seaman, 466509
                Assistant General Counsel
                WMATA
                600 5th St., N.W.
                Washington, D.C.  20001
                (202) 962-1856

Case 1:06-cv-00636-CKK   Document 13   Filed 06/07/2006   Page 2 of 2