AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Sylvia Morrow

V.

Washington Metropolitan Transit Authority
AND
Kone, Inc.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 06-636 (CKK)

TO: (Name and address of Defendant)

Kone, Inc.
One KONE Court
Moline, Illinois 61265

Serve: CT Corporation System, Registered Agent
1015 15th Street, N.W., Suite 1000
Washington, D.C. 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher Mitchell
Stein, Mitchell, & Mezines LLP
1100 Connecticut Avenue, N.W., Suite 1100
Washington, DC 20036

an answer to the amended complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the amended complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**

_____    DATE  6/5/06
CLERK
T. Davis
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| **Amended** *<br>Service of the Summons and complaint was made by me[1] | DATE<br>06-06-06 at 11:00 a.m. |
| NAME OF SERVER *(PRINT)*<br>Daniel F. Portnoy | TITLE<br>Private Process Server |

*Check one box below to indicate appropriate method of service*

   G  Served personally upon the defendant. Place where served: _____

   G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

       Name of person with whom the summons and complaint were left: _____

   G  Returned unexecuted: _____

   ☒  Other (specify): **By serving Melanie Henderson, Fulfillment Specialist, authorized to accept. Service was completed at 1015 15th Street, NW, Suite 1000, Washington, DC 20005.**

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   **06-06-06**              *[signature]*
            Date                       *Signature of Server*

**Capitol Process Services, Inc.**
1827 18th Street, N.W.
Washington, D.C. 20009
(202) 667-0050

*Address of Server*

\* Plaintiff's Interrogatories and Request for Production of Documents to Defendant KONE, Inc.; and Attachment

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.