IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SYLVIA MORROW : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | Civil Action No. 06-636 (CKK)(JMF) |
| : | Next Event: Status Conf. 10/31/06 |
| : | |
| WASHINGTON METROPOLITAN AREA : | |
| TRANSIT AUTHORITY, et al. : | |
| : | |
| Defendants : | |

## TENTATIVE JOINT DISCOVERY PLAN

Pursuant to the Court's Scheduling and Procedures Order dated May 23, 2006, plaintiff Sylvia Morrow and defendant WMATA hereby provide their tentative plan for discovery to be completed before the Court's deadline of September 29, 2006. This plan is tentative because of the recent joinder of KONE, Inc. ("KONE") as party-defendant. Plaintiff's Amended Complaint was filed on June 1, 2006 and served (with plaintiff's interrogatories and requests for production of documents) on KONE on June 6, 2006. WMATA will shortly file an amended answer and cross-claim against KONE, also. KONE has not yet responded to the Amended Complaint, and within two weeks after responding to the claim will be included in a Final Joint Discovery Plan to be filed by all parties (unless KONE's response is in the form of a dispositive motion).

At the current time, plaintiff and WMATA anticipate exchanging written discovery by July 15, 2006. While not yet scheduled (pending KONE's entry in the case), the depositions of the plaintiff (who lives in Louisiana), KONE and WMATA are expected to be complete by August 31, 2006, with subsequent depositions of fact and expert witnesses

complete by September 29, 2006. Plaintiff will submit to an independent medical examination when she travels to Washington for her deposition.

/s/ Christopher H. Mitchell
Christopher H. Mitchell - #416826
STEIN, MITCHELL & MEZINES
1100 Connecticut Avenue, NW
Suite 1100
Washington, DC  20036
(202) 737-7777
(202) 296-8312 (fax)
Counsel for plaintiff Sylvia Morrow

/s/ Jeffrey C. Seaman
Jeffrey C. Seaman - #459926
Assistant General Counsel
WMATA
600 5th Street, N.W.
Washington, D.C. 20001
(202) 962-1856
(202) 962-2550 (fax)
Counsel for defendant WMATA