IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

SYLVIA MORROW
1112 Lake Street
Natchitoches, Louisiana 71457

    Plaintiff

v.

WASHINGTON METROPOLITAN AREA
 TRANSIT AUTHORITY
600 Fifth Street, NW
Washington, DC 20001

    SERVE: Carol O'Keeffe
            General Counsel
            600 Fifth Street, NW
            Washington, DC 20001

    Defendant

Civil Action No.: _____

## COMPLAINT
(Negligence)

1. Plaintiff Sylvia Morrow sues defendant Washington Metropolitan Area Transit Authority (hereinafter "WMATA") for injuries and damages caused by defendant's negligence. The jurisdiction of this Court is based on District of Columbia Code §11-921 (1981) and WMATA Compact, Pub. L. No. 89-774, 80 Stat. 1324 (1966). The amount in controversy exceeds $5,000, exclusive of interest and costs.

2. On Thursday, June 12, 2003, at approximately 8:00 p.m., plaintiff was a passenger on defendant's Metrorail subway and had exited a train and was ascending an escalator at the Dupont Circle Station, from the mezzanine level to the 19th Street exit,

when, without any warning, the escalator suddenly jerked to a stop, causing plaintiff to lose her balance, fall, and sustain serious personal injuries.

3.   At the time of the occurrence, the defective escalator was owned and operated by defendant for Metrorail passengers such as plaintiff at the Dupont Circle Station.

4.   The sudden stoppage of the escalator, and plaintiff's resulting fall, were caused by defendant's negligence, which included, but was not limited to, failing to properly maintain and operate an escalator for the safety of passengers in the Metrorail system, in violation of applicable District of Columbia elevator regulations as well as WMATA's rules and regulations.

5.   As a direct and proximate result of defendant's negligence, plaintiff suffered severe and permanent injuries including but not limited to lumbar strain, adhesive capsulitis of the right shoulder, and torn ligaments in the right ankle. Due to her injuries, plaintiff has required extensive medical treatment, has incurred and will incur in the future medical and related expenses, has undergone and will undergo in the future physical and mental pain and suffering, and has been and will continue to be prevented from engaging in her usual and customary activities.

WHEREFORE, plaintiff Sylvia Morrow demands judgment against defendant WMATA in the sum of $300,000 plus the costs of this action.

_____
Christopher H. Mitchell - #416826
STEIN, MITCHELL & MEZINES
1100 Connecticut Avenue, NW
Washington, DC 20036
(202) 737-7777
(202) 296-8312 (fax)

## JURY DEMAND

Plaintiff demands a trial by jury of all issues.

_____
Christopher H. Mitchell