IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SYLVIA MORROW : | |
| : | |
|     **Plaintiff** : | |
| : | |
| v. : | Civil Action No. 06-636 (CKK)(JMF) |
| : | |
| WASHINGTON METROPOLITAN AREA : | |
|   TRANSIT AUTHORITY, et al. : | |
| : | |
|     **Defendants** : | |
| _____ : | |

**JOINT MOTION TO AMEND SCHEDULING AND PROCEDURES ORDER**

The parties jointly move this Court to amend the Scheduling and Procedures Order dated May 23, 2006.  No previous extensions of time have been sought or received by any party in this case.  The specific grounds for this motion are as follows:

1. The current Scheduling and Procedures Order contains the following remaining pretrial deadlines:

    Proponent's Rule 26(a)(2)(B) Statements    July 21, 2006
    Opponent's Rule 26(a)(2)(B) Statements    August 25, 2006
    All Discovery Completed    September 29, 2006
    Mediation with Magistrate Judge Facciola    October 2-31, 2006
    Status Hearing    October 31, 2006

2. Since plaintiff's joinder of KONE, Inc. ("KONE") as a party-defendant on June 1, 2006, and the filing of KONE's Answer to the Amended Complaint on June 26, 2006, all parties have now exchanged written discovery requests and Rule 26(a)(1) disclosures, identifying numerous witnesses and documents.

3. However, KONE's recent addition to the case has made the Court's remaining deadlines extremely difficult to meet for a variety of reasons.  First, KONE is

seeking to locate its "time tickets" regarding the mechanics of the escalator which stopped suddenly and injured plaintiff more than three years ago.  This old data is important to the opinions of the parties' respective escalator experts.  Second, plaintiff is tentatively scheduled to travel on July 27, 2006 from her home in Louisiana to Washington, DC for her deposition and independent medical examination, but will probably need to delay the trip slightly because defendants have been unable to coordinate arrangements with a physician for the examination on that date.  Third, KONE's counsel's wife is expecting a baby on August 15, 2006 and he will be on paternity leave for at least two weeks thereafter.  Thus, the parties agree that additional time is needed for the completion of their respective Rule 26(a)(2)(B) Statements, and that the depositions of experts should not occur until depositions of the parties and fact witnesses (especially escalator maintenance personnel) have been taken.

4.      The parties anticipate needing 30 additional days to complete Rule 26(a)(2)(B) Statements and remaining discovery, and therefore request that discovery remain open until October 29, 2006.

5.      Granting this motion will necessitate altering the dates for mediation with Magistrate Judge Facciola (set for October 10, 2006 at 2:00) and the Status Hearing (on October 31, 2006).  The parties' proposed Scheduling and Procedures Order therefore contains the following dates:

| | |
|---|---|
| Proponent's Rule 26(a)(2)(B) Statements | August 21, 2006 |
| Opponent's Rule 26(a)(2)(B) Statements | September 25, 2006 |
| All Discovery Completed | October 29, 2006 |
| Mediation with Magistrate Judge Facciola | November 1-29, 2006 |
| Status Hearing | November 30, 2006 |

WHEREFORE, the parties jointly request that the Court amend its Scheduling and Procedures Order as set forth above. A proposed Order is attached.

Respectfully submitted,

/s/ Christopher H. Mitchell
Christopher H. Mitchell - #416826
Stein, Mitchell & Mezines
1100 Connecticut Avenue, NW
Suite 1100
Washington, DC  20036
(202) 737-7777
(202) 296-8312 (fax)
Counsel for plaintiff


/s/ Jeffrey C. Seaman
Jeffrey C. Seaman - #459926
Assistant General Counsel
WMATA
600 5th Street, NW
Washington, DC 20001
(202) 962-1856
(202) 962-2550 (fax)
Counsel for defendant WMATA


/s/ Eugene A. Arbaugh, Jr.
Eugene A. Arbaugh, Jr. - #448091
Piper Rudnick
6225 Smith Ave.
Baltimore, MD 21209
(410) 580-4105
(410) 580-3105 (fax)
Counsel for defendant KONE, Inc.