**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SYLVIA MORROW** : | |
| : | |
|    **Plaintiff** : | |
| : | |
| v. : | Civil Action No. 06-636 (CKK)(JMF) |
| : | |
| **WASHINGTON METROPOLITAN AREA** : | |
|   **TRANSIT AUTHORITY, et al.** : | |
| : | |
|    **Defendants** : | |
| _____ : | |

## ORDER

Upon consideration of the parties' Joint Motion To Amend Scheduling and Procedures Order, it is by the Court this \_\_\_\_ day of _____, 2006,

ORDERED that the Motion is granted; and

FURTHER ORDERED that the Scheduling and Procedures Order is hereby amended as follows:

| | |
|---|---|
| Proponent's Rule 26(a)(2)(B) Statements | August 21, 2006 |
| Opponent's Rule 26(a)(2)(B) Statements | September 25, 2006 |
| All Discovery Completed | October 29, 2006 |
| Mediation with Magistrate Judge Facciola | November 1-29, 2006 |
| Status Hearing | Nov. 30, 2006 at 9:00 a.m. |

_____
Colleen Kollar-Kotelly
United States District Judge

Copies to:

Christopher H. Mitchell, Esq.
Stein, Mitchell & Mezines
1100 Conn. Ave., NW, Suite 1100
Washington, DC 20036

Jeffrey C. Seaman, Esq.
Assistant General Counsel
WMATA
600 5th Street, NW
Washington, DC 20001

Eugene A. Arbaugh, Jr., Esq.
Piper Rudnick
6225 Smith Ave.
Baltimore, MD 21209