IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SYLVIA MORROW | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Civil Action No. 06-636 (CKK)(JMF) |
| | : | Next Event: Status Conf. 11/30/06 |
| | : | |
| WASHINGTON METROPOLITAN AREA | : | |
| TRANSIT AUTHORITY, et al. | : | |
| | : | |
| Defendants | : | |

## PLAINTIFF'S RULE 26(a)(2) DISCLOSURE FOR RICHARD A. KENNEDY

Richard A. Kennedy
1110 Independence Drive
West Chester, PA 19382

QUALIFICATIONS

I am an expert in the field of elevator and escalator engineering.  Attached hereto is a

copy of my curriculum vitae detailing my qualifications and experience.

DOCUMENTS REVIEWED

1.  WMATA's Event Report
2.  Plaintiff's Amended Complaint
3.  Plaintiff's interrogatories and requests for production
4.  WMATA's and KONE's initial disclosures

EXHIBITS

I may use the documents listed above as exhibits, as well as additional escalator

maintenance documents (especially the pertinent "time tickets") which are expected to be

provided by WMATA and/or KONE in the course of discovery.  I may also use mechanical

illustrations, models, diagrams, and/or an art pad to explain my opinions.

OPINIONS

I will opine as to the cause of the sudden stoppage of the WMATA escalator Ms. Morrow was riding on June 12, 2003 when she was injured.  My specific findings will be presented in a written report which will be produced after I have received the necessary documents and information from WMATA and/or KONE.

BASIS AND REASONS FOR OPINIONS

I have reviewed the documents listed above, and I expect to review additional documents as referenced above and to examine the escalator involved in the incident on June 12, 2003.  Also, I have extensive experience and training in this area, as reflected in my curriculum vitae.

PUBLICATIONS AUTHORED IN THE PRECEDING TEN YEARS

My publications are listed in my curriculum vitae.

COMPENSATION RATES

My fees are $165 per hour of consultation and/or testimonial appearance.

CASES IN WHICH I HAVE GIVEN EXPERT TESTIMONY IN THE PRECEDING FOUR YEARS

A list of the cases in which I have appeared is attached.


August 21, 2006          /s/ Richard A. Kennedy
Date                     Richard A. Kennedy