IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SYLVIA MORROW              :
                           :
    Plaintiff              :
                           :
v.                         :   Civil Action No. 06-636 (CKK)(JMF)
                           :   Next Event: Status Conf. 11/30/06
                           :
WASHINGTON METROPOLITAN AREA :
  TRANSIT AUTHORITY, et al. :
                           :
    Defendants             :

### PLAINTIFF'S RULE 26(a)(2) DISCLOSURE FOR FREDRIC L. SALTER, M.D.

Fredric L. Salter, M.D.
2600 Virginia Ave., NW
Washington, DC 20037

QUALIFICATIONS

    I am an expert in the field of orthopedic surgery. Attached hereto is a copy of my curriculum vitae detailing my qualifications and experience.

DOCUMENTS REVIEWED

    In addition to my own records regarding Ms. Morrow, I will have reviewed the following treatment records by the time I examine her at my office on September 8, 2006:

1. D.C. Fire and EMS (6/12/03)
2. George Washington University Hospital (6/12/03)
3. Ana Pere, M.D. (7/3/03)
4. PRISM Rehabilitation Center (7/15/03-8/12/03)
5. Wyche Coleman, M.D. (4/17/04)
6. Edward Anglin, M.D. (8/4/04)
7. Thomas Johnson, D.C. (3/19/05-7/28/05)

EXHIBITS

    I may use the documents listed above as exhibits, as well as diagnostic

studies, medical illustrations, anatomical models, and/or an art pad to explain my opinions.

OPINIONS

My opinions will address the injuries sustained by Ms. Morrow when she fell on an escalator which stopped suddenly at the Dupont Circle Metro Station on June 12, 2003, and will be provided after I examine Ms. Morrow at my office on September 8, 2006. My specific findings will be presented in a written report which will be produced when complete (probably within two weeks of my examination of Ms. Morrow).

BASIS AND REASONS FOR OPINIONS

As of September 8, 2006 I will have reviewed Ms. Morrow's medical records listed above and will have performed an evaluation of her at my office. I have extensive experience and training in this area, as reflected in my curriculum vitae.

PUBLICATIONS AUTHORED IN THE PRECEDING TEN YEARS

My publications are listed in my curriculum vitae.

COMPENSATION RATES

$800 per hour for deposition.

CASES IN WHICH I HAVE GIVEN EXPERT TESTIMONY IN THE PRECEDING FOUR YEARS

I have occasionally provided expert testimony during the last four years but have not catalogued this information.


August 21, 2006          Fredric L. Salter, M.D.
Date                     Fredric L. Salter, M.D.