IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SYLVIA MORROW : | |
| : | |
|     Plaintiff : | |
| : | |
| v. : | Civil Action No. 06-636 (CKK)(JMF) |
| : | Next Event: Status Conf. 11/30/06 |
| : | |
| WASHINGTON METROPOLITAN AREA : | |
|  TRANSIT AUTHORITY, et al. : | |
| : | |
|     Defendants : | |

**PLAINTIFF'S RULE 26(a)(2) DISCLOSURE FOR RICHARD LURITO, Ph.D.**

Richard J. Lurito, Ph.D.
1491 Chain Bridge Road, # 300
McLean, VA 22101

QUALIFICATIONS

I am an expert in the field of economics. Attached hereto is a copy of my curriculum vitae detailing my qualifications and experience.

DOCUMENTS REVIEWED

Questionnaire answers provided by Ms. Morrow's counsel.

EXHIBITS

I may use the document listed above as an exhibit.

OPINIONS

I will opine as to the present value of Ms. Morrow's future medical treatment costs. My specific calculations will be presented in a written report which will be provided after Dr. Fredric Salter examines Ms. Morrow on September 8, 2006 and opines in his report as to her future treatment costs, if any.

BASIS AND REASONS FOR OPINIONS

I have reviewed the documents listed above, and I have extensive experience and training in this area, as reflected in my curriculum vitae.

PUBLICATIONS AUTHORED IN THE PRECEDING TEN YEARS

My publications are listed in my curriculum vitae.

COMPENSATION RATES

My fees are $225 per hour of consultation and $1,100 per testimonial appearance.

CASES IN WHICH I HAVE GIVEN EXPERT TESTIMONY IN THE PRECEDING FOUR YEARS

A list of the cases in which I have appeared during the last four years will be provided.


August 21, 2006            /s/ Richard J. Lurito, Ph.D.
Date                       Richard J. Lurito, Ph.D.