IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SYLVIA MORROW<br><br>        Plaintiff<br><br>v.<br><br>WMATA.<br><br>        Defendant/Cross Plaintiff<br><br>And<br><br>KONE<br><br>        Defendant/Cross-Defendant | Civil Action No.: 1:06-cv-636 (CKK) |

## KONE, INC.'S ANSWER TO CROSS-CLAIM

Now comes the Defendant KONE Inc., (hereinafter "KONE"), by and through its attorneys, and in Answer to the Cross-Claim filed by the Washington Metro Area Transit Authority ("WMATA") states:

1. KONE denies that it has it's principal place of business in Maryland. KONE's headquarters are in Moline, Illinois. KONE admits the remaining allegations in paragraph one of the Cross-Claim.

2. KONE admits the allegations in paragraph 2 of the Cross-Claim.

3. KONE admits the allegations in paragraph 3 of the Cross-Claim.

4. KONE admits the allegations in paragraph 4 of the Cross-Claim.

5. KONE admits the allegations in paragraph 5 of the Cross-Claim.

6. KONE admits the allegations in paragraph 6 of the Cross-Claim, but states that this is only a partial and incomplete recitation of the contract at issue, and does not include

various other sections placing certain duties and obligation on WMATA, and qualifying the language cited.

7. No allegations are presented which warrant a response.

8. KONE denies the allegation in paragraph 8 of the Cross-Claim.

9. No allegations are presented which warrant a response.

10. KONE denies the allegation in paragraph 10 of the Cross-Claim.

KONE denies all allegations of negligence contained in the WHEREFORE paragraph following paragraph 10 of the Cross-Claim. Furthermore, KONE denies any claims for damages in this matter from any party.

WHEREFORE, KONE prays for relief and judgment against WMATA as follows:

A. That WMATA take nothing by reason of the Cross-Claim

B. That KONE recover its cost and attorney's fees incurred herein; and

C. For such further and other relief as the Court deems proper.

Respectfully submitted,

_____
Eugene A. Arbaugh, Jr.
Federal Bar #: 448091
DLA Piper Rudnick Gray Cary US LLP
6225 Smith Avenue
Baltimore, Maryland 21209
(410) 580-4105

*Attorneys for KONE, Inc.*

~BALT2:4149110.v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __7th__ day of September, 2006, a copy of the foregoing KONE's Answer to Cross-Claim, was mailed postage-prepaid to:

Christopher H. Mitchell
Stein, Mitchell & Mezines
1100 Connecticut Avenue, NW
Washington DC 20036

*Attorney for Plaintiff*

Jeffrey C. Seaman
Assistant General Counsel
WMATA
600 Fifth Street
Washington, DC 20001-2693

*Attorney for Defendant WMATA*

_____
Eugene A. Arbaugh, Jr.
Federal Bar #: 448091
DLA Piper Rudnick Gray Cary US LLP
6225 Smith Avenue
Baltimore, Maryland 21209
(410) 580-4105

*Attorneys for KONE, Inc.*