IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SYLVIA MORROW<br><br>　　　　Plaintiff<br><br>v.<br><br>WMATA.<br><br>　　　　Defendant/Cross Plaintiff<br><br>And<br><br>KONE<br><br>　　　　Defendant/Cross-Defendant | Civil Action No.: 1:06-cv-636 (CKK) |

**DEFENDANT KONE'S PRELIMINARY EXPERT DESIGNATION**

Defendant KONE, Inc., by its attorneys and pursuant to the scheduling order, hereby submits the following information regarding the experts it intends to call at the trial of this matter:

1. **Kenneth J. Smith, P.O. Box 518, 113 River Drive, Princeton, Iowa, 52768.** Mr. Smith is expected to testify about issues relating to the design, manufacture, installation, testing, maintenance, and repair of the escalator involved in the alleged incident. Specifically, Mr. Smith is expected to testify that there was no defect in the design, manufacture, installation, testing, maintenance, or repair of the escalator involved in the alleged incident. Mr. Smith is expected to testify that Defendant KONE did not breach any standards of care in their repair and/or maintenance of the subject escalator. Mr. Smith is expected to testify that the subject escalator's operation did not cause and/or contribute to the subject incident. Mr. Smith is expected to testify that KONE acted reasonably and in accordance with the maintenance contract in inspecting and maintaining the subject escalator at all times.

2.  Any expert identified by any other party.

3.  All KONE service technicians and repairmen who serviced and/or maintained the escalator at issue.

4.  Any health care provider who has examined or treated Plaintiff

5.  Any governmental or regulatory official who inspected the escalator at any time.

6.  Defendant KONE reserves the right to supplement this designation at a later date as discovery proceeds, up to the time of trial, and/or upon the receipt of any expert reports which may relate to claims against KONE.

7.  Defendant KONE reserves the right to name additional experts at a later date as discovery proceeds, up to the time of trial, and/or upon the receipt of any expert reports which may relate to claims against KONE.

/s/ Eugene A. Arbaugh/ep
Eugene A. Arbaugh, Jr.
Federal Bar #: 448091
DLA Piper Rudnick Gray Cary US LLP
6225 Smith Avenue
Baltimore, Maryland 21209
(410) 580-4105

*Attorneys for KONE, Inc.*

~BALT2:4149110.v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of September, 2006, a copy of the foregoing KONE's Preliminary Expert Designation, was mailed postage-prepaid to:

Christopher H. Mitchell
Stein, Mitchell & Mezines
1100 Connecticut Avenue, NW
Washington DC 20036

*Attorney for Plaintiff*

Jeffrey C. Seaman
Assistant General Counsel
WMATA
600 Fifth Street
Washington, DC 20001-2693

*Attorney for Defendant WMATA*

_____
Eugene A. Arbaugh, Jr.
Federal Bar #: 448091
DLA Piper
6225 Smith Avenue
Baltimore, Maryland 21209
(410) 580-4105

*Attorneys for KONE, Inc.*