UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SYLVIA MORROW**<br><br>        **Plaintiff,**<br>**v.**<br><br>**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY ("WMATA")**<br><br>        **Defendant / Cross-Plaintiff**<br><br>and<br><br>**KONE, INC.**<br><br>        **Defendant.** | **06-0636 (CKK)** |

**CONSENT MOTION TO AMEND THE SCHEDULING ORDER**

Comes now Defendant / Cross-Plaintiff WMATA, with the consent of the parties, and moves the Court for an Order amending the current scheduling order.

The Plaintiff in this action lives in Louisiana. Nearly all of her treatment has taken place in her home state. Plaintiff has identified as an expert a local orthopedist, Richard Wells, M.D., who will examine the Plaintiff on October 5, 2006.

Because the Plaintiff will be in Washington on October 5 and 6, the Defendants also plan to have the Plaintiff examined, pursuant to Fed. R. Civ.

P. 35, on October 5, 2006.  The Plaintiff's deposition will take place October 6, 2006.  In addition, WMATA has submitted to the Plaintiff's Louisiana care providers requests for the Plaintiff's medical records.  WMATA has yet to receive all of those records, despite having delivered the relevant authorizations over one month ago.  Said providers have indicated an intention to produce the records, however.

For the foregoing reasons, WMATA moves with the consent of the parties that the Scheduling Order be amended to permit the Defendants additional time to conduct discovery and identify experts.

Respectfully Submitted,

___/S/_____
Jeffrey C. Seaman, 466509
Assistant General Counsel
WMATA
600 5th St., N.W.
Washington, D.C.  20001
(202) 962-1856