UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SYLVIA MORROW**<br><br>        **Plaintiff,**<br>**v.**<br><br>**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY ("WMATA")**<br><br>    **Defendant / Cross-Plaintiff**<br><br>and<br><br>**KONE, INC.**<br><br>        **Defendant.** | **06-0636 (CKK)** |

**ORDER GRANTING**
**CONSENT MOTION TO AMEND THE SCHEDULING ORDER**

Upon Consent Motion filed by WMATA, there appearing to be good cause therefore,

IT IS ORDERED that the Opponent's Rule 26(a)(2) disclosures shall be due on or before October 25, 2006; Discovery shall be completed by November 28, 2006.

FURTHER ORDERED that the mediation currently scheduled to take place November 13, 2006 with Magistrate Judge Facciola shall be rescheduled to a date between December 1, 2006 and December 30, 2006.   The status conference with the Court currently scheduled for November 30, 2006 shall be rescheduled to _____.

_____
Colleen Kollar – Kotelly, Judge

Case 1:06-cv-00636-CKK   Document 25-2   Filed 09/25/2006   Page 2 of 2