IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SYLVIA MORROW : | |
| : | |
|     Plaintiff : | |
| : | |
| v. : | Civil Action No. 06-636 (CKK)(JMF) |
| : | Next Event: Status Conf. 11/30/06 |
| : | |
| WASHINGTON METROPOLITAN AREA : | |
|  TRANSIT AUTHORITY, et al. : | |
| : | |
|     Defendants : | |

### **PLAINTIFF'S RULE 26(a)(2) DISCLOSURE FOR J. RICHARD WELLS, JR., M.D.**

J. Richard Wells, Jr., M.D.
5530 Wisconsin Ave.
Suite 1550
Chevy Chase, MD 20815-4404

### QUALIFICATIONS

I am an expert in the field of orthopedic surgery. Attached hereto is a copy of my curriculum vitae detailing my qualifications and experience.

### DOCUMENTS REVIEWED

I have reviewed the following treatment records:

1. D.C. Fire and EMS (6/12/03)
2. George Washington University Hospital (6/12/03)
3. Ana Pere, M.D. (7/3/03)
4. PRISM Rehabilitation Center (7/15/03-8/12/03)
5. Wyche Coleman, M.D. (4/17/04)
6. Edward Anglin, M.D. (8/4/04)
7. Thomas Johnson, D.C. (3/19/05-7/28/05)

### EXHIBITS

I may use the documents listed above as exhibits, as well as diagnostic studies, medical illustrations, anatomical models, and/or an art pad to explain my opinions.

OPINIONS

My opinions will address the injuries sustained by Ms. Morrow when she fell on an escalator which stopped suddenly at the Dupont Circle Metro Station on June 12, 2003, and will be provided after I examine Ms. Morrow at my office on October 5, 2006. My specific findings will be presented in a written report which will be produced when complete (probably within two weeks of my examination of Ms. Morrow).

BASIS AND REASONS FOR OPINIONS

I have reviewed Ms. Morrow's medical records listed above and on October 5, 2006 will perform an evaluation of her at my office. I have extensive experience and training in this area, as reflected in my curriculum vitae.

PUBLICATIONS AUTHORED IN THE PRECEDING TEN YEARS

My publications are listed in my curriculum vitae.

COMPENSATION RATES

$400/hr for records review; $600/hr for deposition; $2800/half-day for trial.

CASES IN WHICH I HAVE GIVEN EXPERT TESTIMONY IN THE PRECEDING FOUR YEARS

I have occasionally provided expert testimony during the last four years but have not catalogued this information.

| | |
|---|---|
| October 3, 2006 | /J. Richard Wells, Jr., M.D. |
| Date | J. Richard Wells, Jr., M.D. |