UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SYLVIA MORROW**<br><br>           **Plaintiff,**<br><br>v.<br><br>**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**<br><br>**("WMATA")**<br><br>           **Defendant / Cross-Plaintiff**<br><br>and<br><br>**KONE, INC.**<br><br>           **Defendant.** | **06-0636 (CKK)** |

**DEFENDANT / CROSS-PLAINTIFF'S INITIAL EXPERT IDENTIFICATION**

Comes now the Defendant / Cross-Plaintiff, WMATA, by and through counsel, and identifies the following as expert witnesses in this matter:

1. Richard Conant, M.D., 5530 Wisconsin Avenue, Suite 604, Chevy Chase, MD (301) 657-9876. Dr. Conant, an orthopedic surgeon, examined the Plaintiff and reviewed records pertaining to her medical treatment. He will testify in a manner consistent with his report, a copy of which has been provided to the Plaintiff.

2. Any expert identified by any other party.

3. Any technicians who maintained or examined the subject escalator.

4. WMATA reserves the right to supplement this Expert Identification, in light

of the Plaintiff's recent decision to call Thomas Johnson, M.D., as an expert witness.

Respectfully Submitted,

_____
Jeffrey C. Seaman, 466509
Assistant General Counsel- WMATA
600 Fifth Street, N.W.
Washington, D.C. 20001
(202) 962-1856