UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SYLVIA MORROW,

    Plaintiff,

    v.

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY, *et al.*,

    Defendants.

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY,

    Cross-Claimant,

    v.

KONE, INC.,

    Cross-Defendant.

Civil Action No. 06-636 (CKK)

**ORDER**

On January 18, 2007, the parties informed the Court in a telephonic conversation that they had reached a settlement in principle in the above-captioned case. Pursuant to that conversation, it is, this 18th day of January, 2007, hereby

**ORDERED** that this case is DISMISSED. The dismissal shall be without prejudice until February 19, 2007. Should counsel fail to move to extend or to reopen the case before that date, the matter shall, without further order, stand dismissed **with** prejudice; it is also

**ORDERED** that the briefing schedule set by the Court at the last Status Conference in this matter shall be stayed pending the dismissal with prejudice, and that the Pre-Trial Conference scheduled for May 14, 2007 at 9:00 a.m. shall be vacated.

**SO ORDERED.**

_____/s/_____
COLLEEN KOLLAR-KOTELLY
United States District Judge