UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SYLVIA MORROW | : | |
| Plaintiff, | : | |
| v. | : | |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY | : | 06-0636 (CKK) |
| ("WMATA") | : | |
| Defendant / Cross-Plaintiff | : | |
| and | : | |
| KONE, INC. | : | |
| Defendant / Cross-Defendant. | : | |

CONSENT MOTION TO RE-OPEN THE CASE FOR THE PURPOSE OF SUBSTITUTING THE PARTIES' STIPULATION FOR THE COURT'S ORDER

Comes now the Defendant, WMATA, with the consent of the other parties hereto, and moves to re-open this case, consistent with the Court's Order (Docket #30), and consistent with the agreement of the parties.  WMATA seeks, with the consent of the other parties, to re-open solely to substitute the accompanying Stipulation of Dismissal for the Court's Order of January 18, 2007 (#30).

Respectfully Submitted,


_____/s/_____
Jeffrey C. Seaman, #466509
Assistant General Counsel
WMATA
600 5th St., N.W.
Washington, D.C.  20001
(202) 962-1856