UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SYLVIA MORROW : | |
|       Plaintiff, : | |
| v. : | |
| WASHINGTON METROPOLITAN : | |
| AREA TRANSIT AUTHORITY | 06-0636 (CKK) |
| : | |
| ("WMATA") | |
| : | |
|       Defendant / Cross-Plaintiff | |
| : | |
| and | |
| : | |
| KONE, INC. | |
| : | |
|       Defendant / Cross-Defendant. | |

## STIPULATION OF DISMISSAL

Following the January 18, 2007 telephone conference between counsel and the Court, the parties conferred and reached a formal settlement, the terms of which are expressed in the Settlement Agreement, executed by all parties, and incorporated herein by reference. The dismissal of the Plaintiff's claims against WMATA and Kone, Inc., is with prejudice. The dismissal of WMATA's cross-claim against Kone, Inc., is with prejudice as to the instant litigation only, and shall have no collateral effect regarding any other claim or issue, as expressed in the Settlement Agreement.

Respectfully Submitted,

_____/s/_____
Jeffrey C. Seaman, #466509
Assistant General Counsel
WMATA
600 5th St., N.W.
Washington, D.C.  20001
(202) 962-1856


_____/s_____
Christopher H. Mitchell, #416826
Stein, Mitchell & Mezines
1100 Connecticut Ave., N.W.
Suite 1100
Washington, D.C.   200036
(202) 737-7777
Counsel for Plaintiff


_____/s/_____
Eugene A. Arbaugh, #448091
DLA Piper
6225 Smith Avenue
Baltimore, MD 21209
(410) 580-4105
Counsel for Kone, Inc.